IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SARAH MARIE HOLLIBAUGH                                        PLAINTIFF

v.                          Case No. 3:12-CV-03072

DEPUTY RYAN WATSON; and J T SULLIVAN                    DEFENDANTS

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Motion to Dismiss. (Doc. 19). Plaintiff moves the Court to dismiss all claims against all Defendants with prejudice.

IT IS ORDERED that Plaintiff's Motion to Dismiss (Doc. 19) is GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all other motions which remain pending in this case are DENIED AS MOOT.

IT IS SO ORDERED this 7th day of May, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE